IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALI THOWER | : | CIVIL ACTION NO. 1:CV-12-1308 |
| Plaintiff | : | (CHIEF JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| C.O. COLLINS, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a January 31, 2013 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendant's Motion to Dismiss (Doc. No. 15) is **GRANTED**. The Plaintiff's Complaint is **DISMISSED**.

3) The Clerk of Court shall close the file.

                                          s/ Yvette Kane
                                          YVETTE KANE, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania

Dated: February 20, 2013